Kent Brockelman (#009627)
Roopali H. Desai (#024295)
D. Andrew Gaona (#028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Phone: (602) 381-5477
Fax: (602) 224-6020
kbrockelman@cblawyers.com
rdesai@cblawyers.com
agaona@cblawyers.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Tauscher and Ivanito Tauscher, a married couple,<br><br>  Plaintiffs,<br><br>  v.<br><br>Vanguard Health Management, Inc. d/b/a Abrazo Community Health Network; Hospital Development of West Phoenix, Inc. d/b/a Abrazo West Campus,<br><br>  Defendants. | No. CV-17-04779-PHX-GMS<br><br>**STIPULATION FOR DISMISSAL** |

The parties have settled the above case. Accordingly, they hereby stipulate to the dismissal, with prejudice, of all claims made by plaintiffs Mark Tauscher and Ivanito Tauscher against defendants Vanguard Health Management, Inc. d/b/a Abrazo Community Health Network, and Hospital Development of West Phoenix, Inc. d/b/a Abrazo West Campus, and to the termination of this action. The parties will bear their own attorneys' fees and costs.

DATED: December 4, 2018.

{00403224.1 }

**COPPERSMITH BROCKELMAN PLC**

s/ Kent Brockelman
 Kent Brockelman
 Roopali H. Desai
 D. Andrew Gaona

*Attorneys for Defendants*

**EISENBERG & BAUM, LLP**

By s/ Andrew Rozynski *(w/permission)*
 Eric Baum
 Andrew Rozynski

**BASKIN & RICHARDS PLC**

By s/ William A. Richards (*w/permission*)
 William A. Richards
 Alan Baskin
 David Wood

*Attorneys for Plaintiffs*

{00403224.1}    2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kent Brockelman