# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Tauscher, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Vanguard Health Management Incorporated, et al.,<br><br>    Defendants. | No. CV-17-04779-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 23) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above-entitled action with prejudice, the parties to bear their own attorneys' fees and costs. This action is terminated.

Dated this 4th day of December, 2018.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge